# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ELISA ALBERICO, ) | Case No. 1:25-cv-00802 |
| ) | |
| Plaintiff, ) | Judge J. Philip Calabrese |
| ) | |
| v. ) | Magistrate Judge |
| ) | Jennifer Dowdell Armstrong |
| LVNV FUNDING, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## OPINION AND ORDER

Plaintiff Elisa Alberico filed a complaint against four Defendants alleging violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. (ECF No. 1.) On May 12, 2025, Plaintiff filed a notice of dismissal without prejudice of Defendant Cavalry Portfolio Services, LLC. (ECF No. 5.) On June 18, 2025, Plaintiff moved to dismiss Defendant LVNV Funding, LLC with prejudice. (ECF No. 10.) On July 9, 2025, Plaintiff moved to dismiss Defendant Experian Information Solutions, Inc. with prejudice. (ECF No. 11.) On August 12, 2025, Plaintiff filed a notice of dismissal of Defendant Equifax Information Services, LLC with prejudice. (ECF No. 12.)

Rule 21 provides that the court may at any time, on just terms, add or drop a party. Fed. R. Civ. P. 21. Unless the parties agree otherwise, the Court generally drops a party under Rule 21 without prejudice. *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988). Here, Plaintiff moves to dismiss Defendants LVNV Funding, LLC and Experian Information Solutions, Inc. with

prejudice. (ECF No. 10; ECF No. 11.) Dismissal of a party under Rule 21 is committed to the sound discretion of the district court. *Hiller v. HSBC Fin. Corp.*, 589 F. App'x 320, 321 (6th Cir. 2015) (per curiam) (citing *Sutherland v. Michigan Dep't of Treasury*, 344 F.3d 603, 612 (6th Cir. 2003)). Based on the Court's review of the record, and the failure of any party to object, the Court sees no reason not to dismiss Defendants LVNV Funding, LLC and Experian Information Solutions, Inc. with prejudice.

Plaintiff filed a proposed notice of dismissal of Defendant Cavalry Portfolio Services, LLC without prejudice and Equifax Information Services, LLC with prejudice under Rule 41(a)(1)(A)(i). (ECF No. 5; ECF No. 12.) Because Defendants Cavalry Portfolio Services, LLC and Equifax Information Services, LLC never appeared in the litigation, the notices are self-executing under the Rule.

For these reasons, the Court **DISMISSES** Defendant Cavalry Portfolio Services, LLC **WITHOUT PREJUDICE**, **DISMISSES** Defendant Equifax Information Services, LLC **WITH PREJUDICE**, **GRANTS** the motion **DISMISSING** Defendants LVNV Funding, LLC and Experian Information Solutions, Inc. **WITH PREJUDICE** (ECF No. 10; ECF No. 11), and closes this case.

    **SO ORDERED.**

Dated: August 12, 2025

　　　　　　　　　　　　　　　　　/s/ J. Philip Calabrese
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. Philip Calabrese
　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　Northern District of Ohio